457 A.2d 130

Commonwealth v. Herring, Appellant.
Reargument Denied March 29, 1983.

Petition for Allowance of Appeal
Denied July 20, 1983.

Argued April 14, 1982. Daniel L. Webster, for appellant; James T.

Davis, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

JOHNSON, J., filed a memorandum dissenting opinion.